UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   2:24cv04572 DDP (ASx)                                Date: May 21, 2025

Title   *Jesus Garcia v. Bo Ning; et al.*

Present: The Honorable:   DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS) – ORDER TO SHOW CAUSE

   **IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **June 11, 2025**, why this action should not be dismissed for lack of prosecution as to **defendants Bo Ning dba Z X Natural Healing Clinic; and Jimmy Sangman Ung as Trustee of The Revocable Living Trust of Jimmy Sangman Ung**.  In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of briefs.

   Plaintiff is advised that the Court will consider Plaintiff's filing of a application for the clerk to enter default judgment on **defendants Bo Ning dba Z X Natural Healing Clinic; and Jimmy Sangman Ung as Trustee of The Revocable Living Trust of Jimmy Sangman Ung**, or plaintiff's filing of a motion for entry of default judgment on **defendants** on or before the above date, as a satisfactory response to the Order to Show Cause.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | CMJ |